No. 74–6455.   Flores et al. v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–6458.   Shadd v. Hogan, Warden.   C. A. 3d Cir.   Certiorari denied.

No. 74–6461.   Strickland v. United States.   Ct. App. D. C.   Certiorari denied.

No. 74–6465.   Moore v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–6466.   Townsend v. Connecticut.   Sup. Ct. Conn.   Certiorari denied.

No. 74–6467.   Towns v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 74–6474.   Solven v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–6476.   Garrett v. Georgia.   Ct. App. Ga. Certiorari denied.

No. 74–6477.   Poindexter et al. v. Woodson et al. C. A. 10th Cir.   Certiorari denied.

No. 74–6479.   Holland v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–6493.   Ward v. New York.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.